UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARRELL VICK, }<br>TDCJ-CID NO.1349681, }<br>    Petitioner, }<br>VS. }<br>  }<br>NATHANIEL QUARTERMAN, }<br>  }<br>    Respondent. } | CIVIL ACTION NO. H-08-2080 |

FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED at Houston, Texas, this 27th day of July, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE